IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA HASBROUCK,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security;<br><br>        Defendant. | 4:23CV3066<br><br>**ORDER** |

      This matter is before the Court on the parties' joint motion pursuant to Fed. R. Civ. P. 60(A), to correct this Court's June 12, 2024, Memorandum and Order, Filing No. 33. Filing No. 35. The Court has reviewed the June 12th Memorandum and Order and finds this joint motion should be granted. The parties ask the Court to delete the reference to 42 U.S.C. § 406(a) as mentioned on page 4 of the Order. For good cause shown, the Court will amend the June 12th Order to delete the reference of § 406(a).

      THEREFORE, IT IS ORDERED THAT THE MENTION OF 42 U.S.C. § 406(a) in Filing No. 33, page 4, is hereby deleted and changed to 42 U.S.C. § 406(b). The joint motion to set aside the judgment, Filing No. 35, is granted. An Amended Memorandum and Order and an Amended Judgment will be filed in conjunction with this Order.

      Dated this 4th day of October, 2024.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Senior United States District Judge